U.S. DISTRICT COURT
EASTERN DISTRICT-WI

'02 MAY -7 P 1 :16

SOFRON B. NEDILSKY
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH D. KONOPKA,
a/k/a "DR. CHAOS,"

Defendant.

Case No.02-Cr-
[T. 18 U.S.C. §§ 32(a)(3), 371, 844(h), 844(i), 1030(a)(5)(A), 1362, 1366(b), 2320 & 2511(1)(a)]

**02-CR087**

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

That from on or about February 14, 1998, and continuing to on or about January 25, 2001, in the State and Eastern District of Wisconsin and elsewhere,

JOSEPH D. KONOPKA,
a/k/a "DR. CHAOS,"

knowingly combined, conspired, confederated and agreed with others known and unknown to the grand jury, to commit the following offenses against the United States:

1.      To willfully and maliciously injure or destroy, or interfere with any of the works, property, or material of any means of communication used or intended to be used for military or civil defense functions of the United States, all in violation of Title 18, United States Code, Section 1362;

2.      To knowingly and willfully damage the property of an energy facility in an amount exceeding $5,000, all in violation of Title 18, United States Code, Section 1366(b);

3.　　　To willfully damage, destroy or disable any air navigation facility in a way likely to endanger the safety of an aircraft in flight, all in violation of Title 18, United States Code, Section 32(a)(3);

4.　　　To maliciously damage or destroy by means of fire any building used in interstate commerce, all in violation of Title 18, United States Code, Section 844(i).

## DESCRIPTION OF THE CONSPIRACY

5.　　　During the period of the conspiracy, defendant Joseph D. Konopka, a/k/a "Dr. Chaos," was the self-appointed leader of a loose affiliation of persons called "The Realm of Chaos," which recruited its members 1) from participants in the Internet Relay Chat ("IRC") channel that defendant Konopka operated called, "#teens4satan" or "Teens For Satan," 2) from youths identified as customers of the Infinity Technology network services, and 3) from friends and associates of other participants in "The Realm of Chaos."

6.　　　Defendant Konopka would identify young males, often minors, from either the customer base of his employer at the time, Infinity Technology, Inc. of Green Bay, Wisconsin, or from friends of the previously recruited young males, and induce such persons to join him in ventures designed to entertain themselves by engaging in property damage and then observing the consequences. Such property damage included attacks on communications and energy facilities, air navigation facilities, and buildings used in interstate commerce.

7.　　　Defendant Konopka would drive one or more of these young recruits with him to the locations of communications and energy facilities, air navigation facilities, or buildings used in interstate commerce, where defendant Konopka would damage or attempt to damage such facilities by fire, electrical short-circuiting, or other means.

2

8.      Defendant Konopka would further instruct these young recruits how to cause such

property damage, encourage or require them to participate in such attacks, and reward them for their

active participation.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

9.      In furtherance of the conspiracy and to effect its objects, defendant Joseph D.

Konopka committed or caused to be committed by others the following overt acts:

a.      On or about February 14, 1998, at Shirley Road, Ledgeview, Wisconsin, in Brown County, Joseph Konopka attempted to access a computer and caused system failure at the Wisconsin Public Service wind turbine facility, causing nominal damage;

b.      On or about February 14, 1998, at Video Lane, Ledgeview, Wisconsin, in Brown County, Joseph Konopka interrupted WLUK-TV transmission operations by damaging the power supply box, causing approximately $1,000 damage;

c.      On or about February 23, 1998, at 3270 Shirley Road, Ledgeview, Wisconsin, in Brown County, Joseph Konopka kicked in the screens at the base of the Wisconsin Public Service wind turbine, causing approximately $400 damage;

d.      On or about March 4, 1998, at 219 James Street, Green Bay Wisconsin, in Brown County, Joseph Konopka broke into an electrical power distribution substation with a bolt cutter and tampered with a breaker switch at the Wisconsin Public Service substation, causing a power outage and approximately $10,000 damage;

e.      On or about July 4, 1998, at 2100 Morrow Street, Green Bay, Wisconsin, in Brown County, Joseph Konopka broke into an electrical power distribution substation with a bolt cutter and threw barbed wire onto a distribution feeder array, causing a power outage at the Wisconsin Public Service Preble substation and approximately $10,000 damage;

f.      On or about July 16,1998, at 933 Anderson Drive, Ashwaubenon, Wisconsin, in Brown County, Joseph Konopka destroyed a food processing and distribution facility by starting a fire in an adjacent dumpster at the Heavenly Hams company, causing approximately $264,708 damage;

g.      On or about August 7, 1998, at 5872 Hwy 57, Green Bay, Wisconsin, in Brown County, Joseph Konopka broke into the Wisconsin Public Service Dyckesville substation with a bolt cutter and threw barbed wire across an electrical distribution array, causing a power outage and approximately $10,000 damage;

3

h.      On or about August 15, 1998, at Scray Hill Road, Ledgeview, Wisconsin, in Brown County, Joseph Konopka removed air navigation hazard beacons at the WBAY-TV tower, causing approximately $5,250 damage and endangering any aircraft flying in the vicinity;

i.      On or about September 13, 1998, at 1351 Lime Kiln Road, County Highway V in Green Bay, Wisconsin, in Brown County, Joseph Konopka broke into the Wisconsin Public Service substation using bolt cutters and threw barbed wire on an electrical distribution array, causing a brief power outage and approximately $112 damage;

j.      On or about November 9, 1998, at the 11th Avenue substation, Springville, Wisconsin, in Adams County, Joseph Konopka and three co-conspirators threw barbed wire on an Adams Columbia Electric Coop electrical distribution array, causing a power outage and approximately $23,116 damage;

k.      On or about November 9, 1998, at W2874 Fern Drive substation, Montello, Wisconsin, in Marquette County, Joseph Konopka and three co-conspirators threw barbed wire on an Alliant Utilities electrical distribution array, causing a power outage and damages included in j above;

l.      On or about November 20, 1998, at State Highway 54 & Birch Road, Algoma, Wisconsin, in Kewaunee County, Joseph Konopka and two co-conspirators broke into a Wisconsin Public Service transmission structure with bolt cutters and tampered with three transmission and breaker switches, causing a power outage and more than $16,000 damage;

m.      On or about November 21, 1998, at 5872 Highway 57, Green Bay, Wisconsin, in Brown County, Joseph Konopka and two co-conspirators threw barbed wire on a transformer array at the Wisconsin Public Service Dyckesville substation, causing a power outage and approximately $10,300 damage;

n.      On or about November 22, 1998, at State Highway 29 & Town Hall Road, Kewaunee, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator destroyed the Kewaunee Nuclear Power Plant westward facing civil defense siren by fire, causing approximately $30 damage;

o.      On or about May 23, 1999, at Volk Field, Camp Douglas, Wisconsin, in Adams County, Joseph Konopka turned off the power supply to the radar and relay equipment at the Wisconsin Air National Guard base, causing a loss of air navigation communications and approximately $1,287 damage;

p.      On or about June 28, 1999, at Mystery Hills substation, County Highway G, Ledgeview, Wisconsin, in Brown County, Joseph Konopka and one co-conspirator threw barbed wire on an electrical distribution array at a Wisconsin Public Service substation, causing a power outage and approximately $2,751 damage;

4

q.    On or about August 1, 1999, at State Highway 54 & Birch Road, Algoma, Wisconsin, in Kewaunee County, Joseph Konopka and two co-conspirators broke into a Wisconsin Public Service transmission structure with a bolt cutter and tampered with three transmission and breaker switches, causing a power outage and approximately $3,933 damage;

r.    On or about August 14, 1999, at Volk Field, Camp Douglas, Wisconsin, in Adams County, Joseph Konopka broke into the microwave communications facility, turned off the power and disconnected the back up power supply, causing a power outage and approximately $2,278 damage;

s.    On or about September 20, 1999, at LeFever Road, Red River, Wisconsin, in Kewaunee County, Joseph Konopka broke into a Madison Gas & Electric wind turbine with bolt cutters and tampered with voltage regulator controls, causing approximately $40 damage;

t.    On or about September 27, 1999, at Femeree Road, Casco, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator broke into a Madison Gas & Electric wind turbine with a bolt cutter and tampered with voltage regulator controls, causing approximately $40 damage;

u.    On or about February 6, 2000, at Hwy 54 and 55, Seymour, Wisconsin, in Outagamie County, Joseph Konopka and one co-conspirator broke into an electrical power control unit with a bolt cutter and tampered with breaker switches at a Wisconsin Electric Power Company power distribution pole, causing a power outage and approximately $3,271 damage;

v.    On or about March 4, 2000, at County Hwy PP and F, Town of Brooklyn, Wisconsin, in Green Lake County, Joseph Konopka and two co-conspirators broke into an electrical power control switch with a bolt cutter and damaged Alliant Utilities breaker switches, causing a power outage and approximately $3,668 damage;

w.    On or about March 4, 2000, at Locust Road & County Highway E, Ripon, Wisconsin, in Fond du Lac County, Joseph Konopka and two co-conspirators broke into an electrical power control switch with a bolt cutter and damaged Alliant Utilities breaker switches, causing a power outage and damages included in v above;

x.    On or about June 7, 2000, at Locust Road & County Highway E, Ripon, Wisconsin, in Fond du Lac County, Joseph Konopka and two co-conspirators broke into three electrical power control switches with a bolt cutter and damaged Alliant Utilities breaker switches, causing a power outage and approximately $546 damage;

y.    On or about June 26, 2000, at Hobart Lift Station #2, Hobart, Wisconsin, in Brown County, a co-conspirator damaged a Wisconsin Public Service electrical power supply, disabling the sewerage lift pump and causing approximately $169 damage;

z.  On or about July 4, 2000, at Highway 54 and 55, Seymour, Wisconsin, in Outagamie County, Joseph Konopka broke into an electrical power control switch with a bolt cutter and damaged a Wisconsin Electric Power Company breaker switch, causing a power outage and approximately $4,200 damage;

aa.  On or about July 8, 2000, Highway 47 and Wege Road, Center, Wisconsin, in Outagamie County, Joseph Konopka broke into an electrical power control switch with a bolt cutter and damaged a Wisconsin Electric Power Company breaker switch, causing a power outage and approximately $14,427 damage;

bb.  On or about July 9, 2000, at E2225 Femeree Road, Casco, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator broke into a Madison Gas & Electric wind turbine with a bolt cutter and disabled voltage regulator controls on a generator, causing a turbine shutdown and approximately $100 damage;

cc.  Between on or about June 30, 2000 through on or about July 19, 2000, at Luxemburg, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator broke into a Madison Gas & Electric wind turbine with a bolt cutter and tampered with the voltage regulator switch at a generator, causing a turbine shutdown and approximately $18 damage;

dd.  On or about July 14, 2000, at Merrill hydro-electric dam, 400 Park Street, Merrill, Wisconsin, in Lincoln County, Joseph Konopka and one co-conspirator caused an electrical short that shut down turbine # 2 at the Wisconsin Public Service hydro-electric dam, causing a shut down of the generator and approximately $1,773 damage;

ee.  On or about August 13, 2000, at Highway 54 and Birch Road, Algoma, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator broke into a Wisconsin Public Service transmission structure with bolt cutters and tampered with three transmission and breaker switches, causing a power outage and approximately $2,470 damage;

ff.  On or about August 18, 2000, at 6th Road, north of County Highway D, Oxford, Wisconsin, in Marquette County, Joseph Konopka damaged the cell tower propane supply at a Cellulink cellular telephone tower, causing a propane fire, failure of the transmission facility, and damage;

gg.  On or about August 20, 2000, at N6598 County Trunk R, Cecil, Wisconsin, in Shawano County, Joseph Konopka and one co-conspirator damaged a Wisconsin Electric Power Company electrical meter, causing a power outage to the Cellular One telephone transmission facility and approximately $318 damage;

hh. On or about August 22, 2000, at 24466 Wege Road, Mackville substation, Center, Wisconsin, in Outagamie County, Joseph Konopka and one co-conspirator broke into the substation with a bolt cutter and threw barbed wire on a transformer array at a Wisconsin Electric Power Company substation, causing a brief power outage and approximately $500 damage;

ii. On or about August 22, 2000, at County Trunk C & Wall Road, Cecil, Wisconsin, in Shawano County, Joseph Konopka and one co-conspirator removed a regulator valve and attempted to set fire to escaping natural gas at the American Natural Resources Wisconsin, Gas Company pipeline, causing nominal damage;

jj. On or about August 27, 2000, at State Highway 32, north of Pulaski, Angelica, Wisconsin, in Oconto County, Joseph Konopka broke into an electrical power control switch with a bolt cutter and damaged a Wisconsin Electric Power Company breaker switch, causing a power outage and approximately $5,700 damage;

kk. On or about August 31, 2000, at W Hwy 55, north of State Highway 114, Harrison, Wisconsin, in Calumet County, Joseph Konopka and two co-conspirators broke into an electrical power control switch with a bolt cutter and damaged a Wisconsin Electric Power Company breaker switch, causing a power outage and approximately $3,500 damage;

ll. On or about September 1, 2000 at John Street, Markesan, Wisconsin, in Green Lake County, Joseph Konopka and two co-conspirators damaged an Alliant Utilities electrical junction box, causing approximately $121 damage;

mm. On or about September 16, 2000, at N5799 Highway 32, Oconto Falls, Wisconsin, in Shawano County, Joseph Konopka and two co-conspirators set fire to a Wisconsin Gas Company pipeline facility, causing a facility shutdown and approximately $1,500 damage;

nn. On or about September 16, 2000, at Shirley Road, Ledgeview, Wisconsin, in Brown County, Joseph Konopka and two co-conspirators broke in and removed the normal program content and substituted unauthorized program music at WHID Wisconsin Public Radio, causing a system disconnect to emergency broadcast civil defense functions and approximately $100 damage;

oo. On or about September 29, 2000, at Hortonville, Wisconsin, in Outagamie County, Joseph Konopka and two co-conspirators pulled up and damaged a Wisconsin Electric Power Company power cable, causing approximately $350 damage;

pp. On or about October 7, 2000, at Hobart Lift Station #1 Hobart, Wisconsin, in Brown County, a co-conspirator damaged the Wisconsin Public Service power supply, causing failure of the sewerage lift pump and approximately $386 damage;

qq.     On or about October 7, 2000, at W7841 Smith Street, Shiocton, Wisconsin, in Outagamie County, Joseph Konopka and two co-conspirators broke in and started a fire that destroyed a Bush Brothers and Company equipment facility, causing approximately $52,538 damage, and another approximately $2,500 damage to electrical equipment of Wisconsin Electric Power Company;

rr.     On or about November 4, 2000, at W169 Weiler Road, Kaukauna, Wisconsin, in Outagamie County, Joseph Konopka broke in and damaged the WNCY radio and Midwest Communications emergency power generator propane supply, causing a fire and power outage and approximately $850 damage;

ss.     On or about November 12, 2000, at Birch Road, State Highway 54, Algoma, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator started a fire that destroyed the Milwaukee Repeater Service two way radio transmission equipment structure located at the base of the Milwaukee Repeater Service transmission tower, causing approximately $14,080 damage;

tt.     On or about December 16, 2000, at Highways 54 and D, Algoma, Wisconsin, in Kewaunee County, Joseph Konopka and one co-conspirator broke into an electrical power control switch with a bolt cutter and damaged a Wisconsin Public Service breaker switch at Algoma Utilities, causing a power outage and approximately $6,664 damage;

uu.     On or about December 28, 2000, at Denmark, Wisconsin, in Brown County, Joseph Konopka set fire to and destroyed the WZOR radio transmission facility, causing approximately $271,673 damage;

vv.     On or about January 8, 2001, at State Highway 32, North of Pulaski, Angelica, Wisconsin, in Oconto County, Joseph Konopka broke into an electrical power control switch with a bolt cutter and damaged a Wisconsin Electric Power Company breaker switch, causing a power outage and approximately $1,000 damage;

ww.     On or about January 13, 2001, at Breezewood Lane, Rhyner Road, Vinland, Wisconsin, in Winnebago County, Joseph Konopka broke into a set of three electrical power distribution switches with a bolt cutter and damaged three breaker switches and an enclosure at a Wisconsin Electric Power Company substation, causing a power outage and approximately $21,800 damage;

xx.     On or about January 16, 2001, Highway H, Markesan, Wisconsin, in Green Lake County, Joseph Konopka broke into an electrical power control switch with a bolt cutter and damaged a Alliant Utilities breaker switch, causing approximately $160 damage;

yy.     On or about January 16, 2001, at Volk Field, Camp Douglas, Wisconsin, in Adams County, Joseph Konopka and one co-conspirator damaged government communications equipment at the Wisconsin Air National Guard base, causing approximately $182 damage;

zz. On or about January 20, 2001, at Highway H, Markesan, Wisconsin, in Green Lake County, Joseph Konopka, broke into an electrical power control switch with a bolt cutter and damaged a Alliant Utilities breaker switch, causing a power outage and approximately $13,450 damage; and

aaa. On or about January 20, 2001, at N1440 County Road A, Markesan, Wisconsin, in Green Lake County, Joseph Konopka damaged two Alliant Utilities electrical meters, causing approximately $1,575 damage.

These acts caused approximately twenty eight power outages and approximately

twenty other service interruptions, affecting in excess of thirty thousand power customers, and

causing damages in excess of $800,000.

All in violation of Title 18, United States Code, section 371.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

That on or about November 21, 1998, in Brown County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, did knowingly and willfully damage the property of an energy facility, to wit, a Wisconsin Public Service transformer array, located at 5872 Highway 57 in Green Bay, Wisconsin, causing property damage exceeding $5,000 at that energy facility.

All in violation of Title 18, United States Code, section 1366(b).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

That on or about January 20, 2001, in Green Lake County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, did knowingly and willfully damage the property of an energy facility, to wit, an Alliant Utilities breaker switch, located at County Highway H, Markesan, Wisconsin, causing property damage exceeding $5,000 at that energy facility.

All in violation of Title 18, United States Code, section 1366(b).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

That on or about August 15, 1998, in Brown County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, did willfully damage and disable an air navigation facility, to wit, an air navigation array of hazard beacons on the antenna tower of WBAY - television, located in Ledgeview, Wisconsin on Scray Hill Road, by removing five lights located in the hazard beacon array, which was likely to endanger the safety of aircraft in flight.

All in violation of Title 18, United States Code, section 32(a)(3) and Title 49, United States Code, section 40102(a)(4).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

That on or about August 18, 2000, in Marquette County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, did willfully and maliciously interfere with the working and use of a telephone system, that is, the Cellulink cellular telephone tower located on 6th Road, north of County Highway D in Oxford, Wisconsin, which was then used and intended to be used for civil defense functions of the United States, by placing a crimp in a propane gas line from a propane tank to a generator, causing an explosion and fire.

All in violation of Title 18, United States Code, section 1362.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

That on or about November 4, 2000, in Outagamie County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, did willfully and maliciously interfere with the working and use of a radio station, that is, WNCY - FM, located on W169 Weiler Road, in Kaukauna, Wisconsin, which was then used and intended to be used for civil defense functions of the United States, by placing a crimp in a propane gas line from a propane tank to a generator, causing an explosion and fire.

All in violation of Title 18, United States Code, section 1362.

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

That on or about November 12, 2000, in Kewaunee County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, maliciously damaged and destroyed by means of fire, a building of the Milwaukee Repeater Service, used in two-way ship-to-shore radio communications, located at Birch Road and State Highway 54 near Algoma, Wisconsin, which building was used in interstate commerce.

All in violation of Title 18, United States Code, section 844(i).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

That on or about November 12, 2000, in Kewaunee County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, knowingly used fire to commit arson of a building used in interstate commerce, to wit, a building of the Milwaukee Repeater Service, as alleged in Count Seven, a felony punishable in a court of the United States.

All in violation of Title 18, United States Code, section 844(h).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

That on or about October 7, 2000, in Outagamie County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, maliciously damaged and destroyed by means of fire, a building of the Bush Brothers food processing company, located at W7841 Smith Street, Shiocton, Wisconsin, which building was used in interstate commerce.

All in violation of Title 18, United States Code, section 844(i).

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

That on or about October 7, 2000, in Outagamie County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, knowingly used fire to commit arson of a building used in interstate commerce, to wit, a building of the Bush Brothers food processing company, as alleged in Count Nine, a felony punishable in a court of the United States.

All in violation of Title 18, United States Code, section 844(h).

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

That from on or about January 1, 1997, to on or about January 25, 2001, in Brown County in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, intentionally did traffic and attempt to traffic in goods, to wit, computer software, and knowingly used counterfeit marks on and in connection with such goods, that is, Electronic Arts software, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, section 2320.

**COUNT TWELVE**

THE GRAND JURY FURTHER CHARGES:

That from on or about December 1, 1998, to on or about February 1, 1999, in Brown County in the State and Eastern District of Wisconsin,

JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, knowingly caused the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage in excess of $5,000 without authorization to a protected computer, to wit, a computer operated by Internet service provider Ultimate Fun World 2, which computer was used in interstate commerce and communication.

All in violation of Title 18, United States Code, section 1030(a)(5)(A).

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES:

That from on or about November 1, 1999, and continuing to on or about January 25, 2001, in Green Bay in the State and Eastern District of Wisconsin,

### JOSEPH D. KONOPKA,

a/k/a Dr. Chaos, did intentionally intercept and endeavor to intercept an electronic communication, to wit, electronic mail communications between customers of two Internet service providers, Ultimate Fun World and Infinity Technology, by installing an unauthorized computer code – a program named "Snoop" – on the mail server at Infinity Technology, which computer code was designed to intercept all electronic mail communications between those two Internet service providers.

All in violation of Title 18, United States Code, section 2511(1)(a).

A True Bill:

*Craig R. Baker*
Foreperson

May 7, 2002
Date

*Steven M. Biskupic*
Steven M. Biskupic
United States Attorney

May 7, 2002
Date